

SIGNED  10/01/2018

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.  PLEASE
SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| IN RE:  Jeffery Wade Edwards<br>        Kathryn Peltier Edwards | CHAPTER       7 |
|---|---|
| | CASE NO.       18-70833 |

## O R D E R

The above-captioned matter is deficient in the following area(s):

☐  The filing fee has not been paid in the amount of $ . Motions requiring fees filed electronically are to be paid by debit or credit card. Motions requiring fees filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court or motion for extension of time to pay same pursuant to BR 1006.

☐  A notice of hearing was not attached. You must contact the Clerk's Office to obtain a hearing date and then file with the Court a Notice of Hearing and Certificate of Service indicating that notice was given to the appropriate parties . (Local Rule 9013-1 requires opposing counsel be contacted to clear hearing dates.)

☐  This case was closed on  . A Motion to Reopen must be filed and appropriate fees paid, unless waived by the Court upon proper application and sufficient cause, before any action may be taken on the pleading.

☐  This case was sent to the archives. You are required to file a request with this Court accompanied by a fee in the amount of Fifty-three dollars ($53.00) for retrieval of the file. Payment may be made by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court or CM/ECF users may pay by credit or debit card.

☐  The attorney's name does not appear on the rolls as having been admitted to practice before this Court. If non-resident counsel, you must associate with local counsel within **fourteen (14) days** and file with the Clerk evidence thereof and notice of entry as counsel of record pursuant to Local Rule 2090-1.

☑  Adding creditors to case after the petition is filed is considered an amendment, requiring the amendment form, $31.00 filing fee and certification that the attorney has mailed the §341 meeting notice to any newly added creditors.

☐  Pleadings filed on behalf of a corporation **must** be filed by counsel.

☐  Motion to convert not in compliance with Local Rule 1017-1 (copy attached).

☐  Chapter 13 Plan not signed by pro se debtor(s) or counsel for debtor(s) if represented by an attorney.

☐  No certificate of service has been filed certifying service of Chapter 13 Plan or Amended Plan.

☐  Incomplete or incorrect image attached to ECF docket entry number  .

dropdedPlead.frm

☐        Required Official Form    (effective 12/01/2015) was not filed.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from this date, or to file a pleading within such time: 1) requesting a hearing upon such asserted deficiency(ies); 2) extending the time to cure the deficiency(ies); or 3) seeking waiver of the requirements for good cause; said pleading shall be dismissed without further notice, hearing or Order. The pleading which is the subject of the deficiency(ies) referenced above is deemed lodged with the Court and the Clerk is directed to take no further action with respect to it pending curing of the deficiency(ies) or dismissal of the pleading.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); filing party, trustee, and other parties as may be appropriate.

**\*\*END OF ORDER\*\***

dropdedPlead.frm

United States Bankruptcy Court
Western District of Virginia

In re:                                                                      Case No. 18-70833-pmb
Jeffery Wade Edwards                                                         Chapter 7
Kathryn Peltier Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0423-7           User: adamsm          Page 1 of 1              Date Rcvd: Oct 01, 2018
                               Form ID: pdf003       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db/jdb          +Jeffery Wade Edwards,   Kathryn Peltier Edwards,   4222 Camille Ave NW,
                 Roanoke, VA 24017-4304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
        George I Vogel(74)   VA16@ecfcbis.com;kbrown@vogelandcromwell.com
        Matthew  Schottmiller   on behalf of Joint Debtor Kathryn Peltier Edwards matt@schottmillerlaw.com
        Matthew  Schottmiller   on behalf of Debtor Jeffery Wade Edwards matt@schottmillerlaw.com
        USTrustee   USTPRegion04.RN.ECF@usdoj.gov
        W. Joel Charboneau   joel.charboneau@usdoj.gov
                                                                             TOTAL: 5